Richard D. HURLES, Petitioner–Appellant,

v.

Charles L. RYAN *, Respondent–Appellee.

No. 08–99032.

United States Court of Appeals, Ninth Circuit.

May 16, 2014.

Michael Aaron Harwin, Esquire, Law Offices of Michael A. Harwin, PC, Denise Irene Young, Denise I. Young, Tucson, AZ, for Petitioner–Appellant.

Kent Ernest Cattani, Chief Counsel, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

Before: HARRY PREGERSON, D.W. NELSON, and SANDRA S. IKUTA, Circuit Judges.

### ORDER

The warden's Motion for Ruling on Respondent–Appellees' Petition for Rehearing En Banc, filed February 1, 2013, is **DENIED.** The parties may file a petition for rehearing and rehearing en banc with respect to the opinion filed together with this order.

**IT IS SO ORDERED.**

* Charles L. Ryan is substituted for his predecessor, Dora B. Schriro, as Director for the